UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CITY OF GRETNA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1173 c/w 23-1175, 23-1176, & 23-5938** |
| **INDIAN HARBOR INSURANCE COMPANY, ET AL** | **SECTION: "P" (4)** |

## ORDER AND REASONS

Before the Court is a Motion to Compel Arbitration and Stay the Proceedings filed by Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Union Insurance Company, GeoVera Specialty Insurance Company, and Transverse Specialty Insurance Company (collectively, "Defendants").[1] The motion was set for submission on July 20, 2024.[2] Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed no later than eight days before the noticed submission date, making the deadline in this instance July 12 2024. Plaintiff, the City of Gretna, did not file an opposition to the motion. Accordingly, because Defendants' motion is unopposed, and further, it appearing to the Court that the motion has merit,[3]

---

[1] R. Doc. 17.
[2] R. Doc. 17-3.
[3] The claims at issue in this matter are encompassed by the parties' arbitration agreement which broadly provides, "All matters in dispute between [the parties] in relation to this insurance . . . shall be referred to an Arbitration Tribunal." R. Doc. 1-3 at 37. Moreover, Plaintiff does not offer, nor is the Court aware, of anything that would disallow arbitration in this case. *See, e.g., Bufkin Enterprises, L.L.C. v. Indian Harbor Ins. Co.*, 96 F.4th 726 (5th Cir. 2024).

**IT IS ORDERED** that Defendants' Motion to Compel Arbitration and Stay the Proceedings (R. Doc. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **STAYED** and **ADMINISTRATIVELY CLOSED** until a final resolution of the arbitration proceedings has been rendered and the Court, upon written motion of the parties, finds it appropriate to vacate the stay.

New Orleans, Louisiana, this 15th day of July 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**